## SLOSS-SHEFFIELD S. & I. CO. V. NORTON.
### *Damage.*
(Decided May 24, 1909. 49 South. 1038.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

TILLMAN, GRUBB, BRADLEY & MORROW, and CHARLES E. RICE, for appellant.

HUGO L. BLACK, and J. D. MILLER, for appellee.

ANDERSON, J.—The 3rd count was not subject to the demurrer. Affirmed.

DOWDELL, C. J., McCLELLAN and MAYFIELD, JJ., concur.